UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| FERNANDO ALEXIS FUNDORA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:15-cv-00059-TWP-DML |
| ) | |
| GENERAL INFORMATION SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## Entry and Order from Pretrial Conference

The parties, by counsel, appeared for an initial pretrial conference on August 3, 2015, with the magistrate judge. The case management plan submitted in this case is approved as modified to include (1) Sec. III E. The parties shall submit (not file) courtesy copies of their respective demand and response at the time of service via email to *judgelynchchambers@insd.uscourts.gov*. There is no need to follow the email with a hard copy; and (2) the modifications set forth on the approval page (last page) of the document.

So ORDERED.

Date:  August 4, 2015

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system