UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| FERNANDO ALEXIS FUNDORA, )<br>  )<br>Plaintiff(s), )<br>  )<br>v. )<br>  )<br>GENERAL INFORMATION )<br>SERVICES, INC. )<br>  )<br>Defendant(s). ) | Cause No. 4:15-cv-00059-TWP-DML |

## PLAINTIFF'S PRELIMINARY WITNESS LIST

1. Fernando Alexis Fundora, 8895 E. Bethel Road, Pekin, IN 47165.

2. Kayla Bryant, 8895 E. Bethel Road, Pekin, IN 47165.

3. Stephen Bryant, 8895 E. Bethel Road, Pekin, IN 47165.

4. Patricia Bryant, 8895 E. Bethel Road, Pekin, IN 47165.

5. Tesha Fundora, 7912 Grandmeadow Lane, Louisville, KY 40258.

6. Time Warner Cable, by and through its representatives.

7. General Information Services, Inc., by and through its representatives.

                                          Respectfully Submitted,

                                          **FRANCIS & MAILMAN, P.C.**

                                          _____
                                          GREGORY GORSKI
                                          Land Title Building, 19th Floor
                                          100 South Broad Street
                                          Philadelphia, PA  19110
                                          (215) 735-8600

Dated: October 13, 2015