## CERTIFICATE OF SERVICE

I, GREGORY GORSKI, hereby certify that I have served the following:

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

including via ECF Notification upon the following counsel of record:

Chadwick A. McTighe, Esquire
STITES & HARBISON, PLLC
400 W. Market Street, Suite 1800
Louisville, KY 40202

Neal F. Bailen
SITTES & HARBISON, LLP
323 East Court Avenue
P.O. Box 946
Jeffersonville, IN 47130

*Attorneys for Defendant*
*General Information Services, Inc.*

**FRANCIS & MAILMAN**

*/s/ Gregory Gorski*
GREGORY GORSKI
(*Admitted Pro Hac Vice*)
100 South Broad Street, 19 Floor
Philadelphia Pennsylvania 19110
215-735-735-8600

*Attorneys for Plaintiff*

Dated: October 13, 2015