UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| FERNANDO ALEXIS FUNDORA, | ) |
| Plaintiff(s), | ) |
| v. | ) Cause No. 4:15-cv-00059-TWP-DML |
| GENERAL INFORMATION SERVICES, INC. | ) |
| Defendant(s). | ) |

## PLAINTIFF'S PRELIMINARY WITNESS LIST

1. Fernando Alexis Fundora, 8895 E. Bethel Road, Pekin, IN 47165.

2. Kayla Bryant, 8895 E. Bethel Road, Pekin, IN 47165.

3. Stephen Bryant, 8895 E. Bethel Road, Pekin, IN 47165.

4. Patricia Bryant, 8895 E. Bethel Road, Pekin, IN 47165.

5. Tesha Fundora, 7912 Grandmeadow Lane, Louisville, KY 40258.

6. Time Warner Cable, by and through its representatives.

7. General Information Services, Inc., by and through its representatives.

                      Respectfully Submitted,

                      **FRANCIS & MAILMAN, P.C.**

                      s/*Gregory Gorski*
                      GREGORY GORSKI
                      Land Title Building, 19th Floor
                      100 South Broad Street
                      Philadelphia, PA 19110
                      (215) 735-8600

Dated: October 14, 2015