UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| FERNANDO ALEXIS FUNDORA,<br><br>    PLAINTIFF<br><br>v.<br><br>GENERAL INFORMATION SERVICES, INC.,<br><br>    DEFENDANT. | CASE NO. 4:15-CV-00059 TWP-DML |

## DEFENDANT GENERAL INFORMATION SERVICES, INC.'S PRELIMINARY WITNESS LIST

Defendant, General Information Services, Inc. ("GIS"), hereby tenders its preliminary witness list pursuant to the Court's Scheduling Order.

1. Fernando Alexis Fundora, 8895 E. Bethel Rd., Pekin, IN 47165.

2. Meredith Knoche, GIS Data Processing Manager and formerly Public Records Manager, 12770 Coit Rd., Suite 1200, Dallas, TX 75251.

3. Jamie Pelchat, GIS Vice President of Compliance, 12770 Coit Rd., Suite 1200, Dallas, TX 75251.

4. One or more to-be-determined fact witnesses from Time Warner who can testify to the circumstances regarding Mr. Fundora's hiring by Time Warner and any delays in the hiring process.

5. All individuals identified by Mr. Fundora in his preliminary witness list.

        *s/Neal Bailen*
        Neal Bailen
        STITES & HARBISON PLLC
        323 East Court Avenue
        Jeffersonville, IN 47130
        Telephone: (812) 282-7566
        Email: nbailen@stites.com

        Chadwick A. McTighe
        STITES & HARBISON PLLC
        400 West Market Street, Suite 1800
        Louisville, KY 40202-3352
        Telephone: (502) 587-3400
        Email: cmctighe@stites.com

        COUNSEL FOR DEFENDANT, GENERAL INFORMATION SERVICES, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that on November 13, 2015, a copy of the foregoing document was filed with the Court's ECF system, which will send a notice to the following:

| Larry P. Smith | Gregory J. Gorski *(pro hac vice)* |
|---|---|
| lsmith@smithmarco.com | ggorski@consumerlawfirm.com |
| David M. Marco | FRANCIS & MAILMAN, P.C. |
| dmarco@smithmarco.com | 100 South Broad Street, 19th Floor |
| SMITH MARCO, P.C. | Philadelphia, PA 19110 |
| 205 N. Michigan Ave., Suite 2940 | |
| Chicago, IL 60601 | |

        *s/Neal Bailen*
        Neal Bailen

1057696:1:LOUISVILLE